SELENA L. BLOCH et al., as Executors of BERT K. BLOCH, Deceased, Respondents, *v.* FRANKFORT DISTILLERY, INCORPORATED, Appellant.

Argued November 25, 1936; decided December 31, 1936.

*Peter F. McAllister* and *Frank A. Clary* for appellant.
*S. John Block* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

JOHN STELBUSZESKI, Respondent, *v.* BENJAMIN B. WESLEY, Appellant.

Submitted November 30, 1936; decided December 31, 1936.